UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| WALTER MAGEE | CIVIL ACTION NO. 05-0544-A |
|---|---|
| -vs- | JUDGE DRELL |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Magistrate Judge's Report and Recommendation previously filed herein and concurring with the Magistrate Judge's findings under the applicable law:

IT IS ORDERED that the decision of the Commissioner is AFFIRMED, Plaintiff's application is DENIED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

SIGNED on this 8th day of August, 2006, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge